# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Pamela D. McNeil, et al.

                          Plaintiff,

v.                                          Case No.: 1:09–cv–04443

                                            Honorable Samuel Der–Yeghiayan

IKO Manufacturing, Inc., et al.

                          Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2009:

   MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant IKO Manufacturing, Inc.'s request to continue status hearing is granted without objection. Initial status hearing reset to 10/22/09 at 9:00 a.m. Status hearing set for 09/24/09 is stricken. Mailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.